**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**NABORS DRILLING USA, L.P.**                                                                               **PLAINTIFF**

**VS.**                                                                                    **CIVIL ACTION NO. 3:06CV279LS**

**MARKOW, WALKER, P.A.; MARKOW,**
**WALKER & REEVES, P.A.; MICHAEL**
**YOUNG and ROBERT NILES HOOPER**                                                     **DEFENDANTS**

## ORDER

This matter came before the court on the Unopposed Motion to Cancel Case Management Conference, the Unopposed Motion to Consolidate, and the Applications for Admission *Pro Hac Vice* of Jessica R. Jones and Thomas J. Smith, all of which have been submitted by the Plaintiff in this matter.  The Unopposed Motion to Consolidate seeks to consolidate this matter with Civil Action No. 3:06cv465WA, which involves the same parties and similar claims.  The court finds that the Motion to Consolidate should be granted, and, in accordance with Unif. Local R. 42.1, the higher-numbered case will be consolidated into this case.  The cases now being consolidated, they will be assigned to District Judge Tom S. Lee and Magistrate Judge James C. Sumner; therefore, the Motion to Cancel Case Management Conference, which seeks to cancel the CMC set before Magistrate Judge Linda R. Anderson in Civil Action No. 3:06cv465WA, will also be granted, and that CMC will be removed from Judge Anderson's calendar.

Finally, with regard to the two Applications for Admission *Pro Hac Vice*, the court finds that they are not in full compliance with Unif. Local R. 83.1(A)(2)(a).  That Rule requires the Applicant to submit a certificate from the United States District Court of his or her jurisdiction, attesting to the applicant's good standing in that court.  These applicants have submitted a certificate from the Texas

State Bar, which is not sufficient. Their Applications will not be denied at this time; however, these Applicants are instructed to supplement their Applications with the required certificate from the appropriate United States District Court. Upon receipt of that Application and the required filing fee, the Applications will be granted.

IT IS, THEREFORE, ORDERED as follows:

1. The Plaintiff's Unopposed Motion to Consolidate is hereby **granted**, and the case styled *Nabors Drilling USA, L.P. v. Markow, Walker, P.A.; Markow, Walker & Reeves, P.A., Michael Young and Robert Niles Hooper*, Civil Action No. 3:06cv465WA will be consolidated into this case, with the consolidated case bearing the style and number of this case; and

2. The Plaintiff's Unopposed Motion to Cancel Case Management Conference is also **granted**, and the Case Management Conference set in Civil Action No. 3:06cv465WA on February 28, 2007, will be canceled. A notation to this effect will be added to the docket of that matter.

IT IS SO ORDERED, this the 22nd day of February, 2007.

                                                S/James C. Sumner
                                      UNITED STATES MAGISTRATE JUDGE